UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SADIK BAXTER,

    Plaintiff,

v.                                             Case No:   2:18-cv-479-FtM-60NPM

WEXFORD HEALTH SOURCES,
INC., DR. HEMPHILL,
DR. BLANKENSHIP,
DR. C. BERRIOS, and
FNU JENKS, RN,

    Defendants.

_____

**ORDER**

This matter is before the Court on Plaintiff's Request for Entry of Default filed November 25, 2019. (Doc. 65). Plaintiff requests the Clerk enter default against Defendants Hemphill, Berrios and Blankenship for their alleged failure to timely respond to Plaintiff's Second Amended Complaint. (*Id.*). As evidenced by the docket, waiver of service was returned executed on Defendants Hemphill, Berrios and Blankenship on September 12, 2019 and Defendants were afforded sixty (60) days to respond to the Second Amended Complaint. (*See* Docs. 52-54). Defendants Hemphill, Berrios and Blankenship timely filed a motion to dismiss Plaintiff's Second Amended Complaint on November 12, 2019. (Doc. 61). Consequently, the Clerk properly withheld entry of default under Fed. R. Civ. P. 55(a).

Accordingly, it is now **ORDERED:**

The Clerk is directed to terminate Plaintiff's application for default (Doc. 65).

**DONE** and **ORDERED** in Fort Myers, Florida on December 13, 2019.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE


SA: FTMP-1
Copies furnished to:

Counsel of Record
Unrepresented Parties